**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK KUZMA,

Plaintiff,

Case No. 2:25-cv-13033
Hon. Matthew F. Leitman

v.

ANN ARBOR MI OWNER 1401, LLC,

Defendant.

Steven Couch (P75833)
Morgan & Morgan
*Attorneys for Plaintiff*
2000 Town Center, Suite 1900
Southfield, Michigan 48075
(313) 739-1951
(313) 739-1975
steven.couch@forthepeople.com

EVAN A. BURKHOLDER (P67986)
JUSTIN J. TWIGG (P84023)
O'Hagan Meyer, PLLC
*Attorneys for Defendant*
21800 Haggerty Rd. Ste 113
Northville, MI 48167
(248) 896-1801 (O)
(248) 896-1810 (F)
eburkholder@ohaganmeyer.com
jtwigg@ohaganmeyer.com

**ORDER GRANTING DEFENDANTS MOTION FOR**
**SECOND EXTENSION OF THE SCHEDULING ORDER**

This matter having come before the Court upon Defendant's motion to extend the scheduling order by 90 days and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the following Scheduling Order dates be adjourned and the following dates shall now control:

| Events | 1st Adjourned Sch. Order | 2nd Adjourned Sch. Order |
|---|---|---|
| Fact Discovery Cutoff | July 17, 2026 | December 31, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures | August 17, 2026 | February 1, 2027 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | September 16, 2026 | March 2, 2027 |
| Expert Discovery Cutoff | October 16, 2026 | April 2, 2027 |
| Dispositive Motions and Challenges to Experts | September 21, 2026 | May 3, 2027 |
| Rule 26(a)(3) Pretrial Disclosures | December 18, 2026 | July 2, 2027 |
| Motions *in Limine* | January 8, 2027 - Response briefs due 10 days after filing, but not later than January 19, 2027. Reply briefs due 5 days after responses are filed, but not later than January 25, 2027. | July 22, 2027, - Response briefs due 10 days after filing, but not later than August 2, 2027. Reply briefs due 5 days after responses are filed, but not later than August 9, 2027 |
| Final Pretrial Order | February 3, 2027 | August 11, 2027 |
| Final Pretrial Conference | February 17, 2027, at 1:30 p.m. | August 25, 2027, at 1:30 p.m. |
| Trial Date | March 2, 2027, at 9:00 a.m. | September 7, 2027, at 9:00 a.m. |
| Estimated Length of Jury Trial | 3 days | 3 days |

**IT IS SO ORDERED.**

This order neither resolves the last pending claim nor closes the captioned case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126